IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| COLBY 2021, LLC, a Kansas limited liability company;<br><br>        Plaintiff,<br><br>vs.<br><br>CITY OF PLAINVIEW; BRIAN SCHLOTE, in his official capacity as Mayor of Plainview; BOB SMITH, TYLER SANNE, BRYON ALDER, and PAM YOSTEN, in their official capacities as members of the Plainview City Council,<br><br>        Defendants. | 8:21CV359<br><br><br><br>ORDER |

This matter comes before the Court following a telephone conference held with counsel for the parties on July 19, 2022, before the undersigned magistrate judge. In accordance with the discussion,

**IT IS ORDERED:**

1. This case and all outstanding deadlines are stayed pending Plaintiff's application under the City's most recent Ordinance.

2. On or before **September 19, 2022**, and every 60-days thereafter, the parties shall file a joint report regarding the status of Plaintiff's application.

3. On or before **January 20, 2023:**

    a. If the parties have resolved Plaintiff's claims, they shall file a joint stipulation of dismissal (or other dispositive stipulation) that will fully dispose of this case; or

    b. If the parties have not resolved Plaintiff's claims, Plaintiff is given leave to file a Fourth Amended Complaint.

4. The deadlines for the parties to file a joint Rule 26(f) Report and serve mandatory disclosures is extended to 14-days after Defendants file an answer to Plaintiff's Fourth Amended Complaint, if filed.

Dated this 19th day of July, 2022.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge